HENRIETTA FISHER, Respondent, v. THE CITY OF NEW YORK, Appellant. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

JOSEPH S. ACKER, Respondent, v. SAMUEL VICTOR BLACKSTONE, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

CHRISTIAN WILKENING, Appellant, v. MT. HOPE BUILDING COMPANY, Respondent.— Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, on the ground that there was a question of fact for the jury. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

FANNIE SELIG v. FIFTH AVENUE COACH COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

In the Matter of DAVID MONDSHAIN, Deceased. MAX SHEINBAUM v. RACHEL MONDSHAIN, as Administratrix, etc.— Motion for stay granted upon condition that appellant furnish an undertaking in the sum of $3,400 to secure any judgment that may be recovered by the administratrix herein, and to secure the payment of any sum that may be directed to be paid to her by the appellant in the Surrogate's Court; and upon the further condition that the appellant proceed with his appeal forthwith and be prepared to argue or submit the same on or before the 23d day of January, 1919. Order to be settled on notice. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

PIPE AND CONTRACTORS SUPPLY COMPANY v. CLEAVER M. LIPHART.— Motion for stay granted upon condition that appellant furnish an additional undertaking in the sum of $500. Order to be settled on notice. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

ELNORA ORBEN, Respondent, v. STATE INVESTING COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Shearn and Merrell, JJ.

EVA SHIELDS, Respondent, v. VAN KELTON AMUSEMENT CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Shearn and Merrell, JJ.; Clarke, P. J., and Shearn, J., dissented.

LEE KEEDICK, Respondent, v. ARTHUR GUY EMPEY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Smith, Shearn and Merrell, JJ.